1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINTELLE DERRELL SIMPSON, | ) Case No. ED CV 15-419-AB (SP) ) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS AND** ) **RECOMMENDATION OF UNITED** |
| v. | ) **STATES MAGISTRATE JUDGE** ) |
| JOHN SOTO, Warden, | ) ) |
| Respondent. | ) ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//

1  IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 8) is DENIED, and respondent is directed to answer petitioner's Petition within thirty days of the filing of this Order.

DATED: December 23, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE